## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

Petitioner,

v.                                             Civil Action No.   13-mc-213  CM

TIMOTHY L. KELLY,

Respondent.

## PETITION TO ENFORCE
## INTERNAL REVENUE SERVICE SUMMONS

The United States of America, on behalf of its agency, the Internal Revenue Service, and

by its attorney, Barry R. Grissom, United States Attorney for the District of Kansas and Andrea

L. Taylor, Assistant United States Attorney, states as follows:

1.        This is a proceeding brought pursuant to 26 U.S.C. §§ 7402(b) and 7604(a) to

judicially enforce an Internal Revenue Service Summons.

2.        Victor M. Vidal is a Revenue Officer of the Internal Revenue Service, employed

in the Internal Revenue Service's Small Business/Self Employed Compliance Area 15, located in

Overland Park, Kansas and he is authorized to issue an Internal Revenue Service Summons

pursuant to the authority contained in 26 U.S.C. § 7602, Treasury Regulations, 301.7602-1, and

26 C.F.R. § 301.7602-1.

3.        The respondent, Timothy L. Kelly, resides or is found at 16149 S. Mahaffie St.,

Olathe, Kansas 66062-2774, within the jurisdiction of this Court.

4.        Revenue Officer Victor M. Vidal is conducting an investigation into the collection

of the federal income tax liabilities of Timothy L. Kelly for the 2008 and 2009 taxable years, as

set forth in the Declaration of Revenue Officer Victor M. Vidal attached as Exhibit A.

5.     The respondent, Timothy L. Kelly, is in possession and control of testimony and other documents concerning the above-described investigation.

6.     On March 20, 2013, Revenue Officer Victor M. Vidal issued an Internal Revenue Service Summons directing the respondent, Timothy L. Kelly, to appear before Revenue Officer Victor M. Vidal on April 12, 2013, at 10:00am at 6717 Shawnee Mission Parkway, Suite 500, Overland Park, Kansas 66202, to testify and to produce books, records, and other data described in the summons.  Revenue Officer Vidal delivered an attested copy of the summons to the last and usual place of abode of the respondent, Timothy L. Kelly, on March 20, 2013.  The summons is attached as Exhibit B.

7.     On April 12, 2013, the respondent, Timothy L. Kelly, did not appear in response to the summons.  The respondent's refusal to comply with the summons continues to date, as set forth in the Declaration of Revenue Officer Victor M. Vidal, attached as Exhibit A.

8.     With the exception of bank account statements, cancelled checks and deposit items for December 2012 and January 2013 from Commerce Bank account number XXXXX1721, the books, papers, records, or other data sought by the summons are not already in the possession of the Internal Revenue Service.

9.     All administrative steps required by the Internal Revenue Code for the issuance of a summons have been taken.

10.     It is necessary to obtain the testimony and to examine the books, papers, records, or other data sought by the summons to properly investigate the collection of Timothy L. Kelly's federal income tax liabilities for the 2008 and 2009 taxable years, as evidenced by Victor M. Vidal's Declaration, which is attached and incorporated into this petition.

2

WHEREFORE, the petitioner respectfully prays:

1.       That this Court enter an Order directing the respondent, Timothy L. Kelly, to show cause, if any, why he should not comply with and obey the aforementioned summons and each and every requirement thereof;

2.       That the Court enter an Order directing the respondent, Timothy L. Kelly, to obey the aforementioned summons and each and every requirement thereof by ordering the attendance, testimony, and production of the books, papers, records or other data as required by the summons, before Revenue Officer Victor M. Vidal or any other proper officer or employee of the Internal Revenue Service, at such time and place as may be fixed by Revenue Officer Victor M. Vidal, or any other proper officer or employee of the Internal Revenue Service;

3.       That the United States recover its costs in maintaining this action; and

4.       That the Court grant such other and further relief as is just and proper.

Respectfully submitted,

BARRY R. GRISSOM
United States Attorney

s/ Andrea L. Taylor_____
ANDREA L. TAYLOR
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
KS Fed. Bar No.70422
PH: 913.551.6730
FX: 913.551.6599
EM: Andrea.Taylor@usdoj.gov
ELECTRONICALLY FILED
Attorneys for Petitioner

## REQUEST FOR PLACE OF TRIAL

The United States hereby requests that trial of the above-entitled matter be held in the

City of Kansas City, Kansas.

s/ Andrea L. Taylor
ANDREA L. TAYLOR
Assistant United States Attorney

# EXHIBIT A
# Declaration of Victor M. Vidal

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

UNITED STATES OF AMERICA )
)
    Petitioner, )
)
    v. )   Civil Action No.
)
TIMOTHY L. KELLY )
)
    Respondent. )

**DECLARATION**

Victor M. Vidal declares:

1. I am a duly commissioned Revenue Officer employed in the Small Business/Self-Employed Division Midwest Compliance Area of the Internal Revenue Service at 6717 Shawnee Mission Parkway, Suite 500, Overland Park, Kansas 66202.

2. In my capacity as a revenue officer, I am conducting an investigation regarding the collection of the tax liabilities of respondent Timothy L. Kelly for the calendar years ended December 31, 2008 and December 31, 2009.

3. In furtherance of the above investigation and in accordance with Section 7602 of Title 26, U.S.C., on March 20, 2013, I issued an administrative summons, Internal Revenue Service Form 6637, to Mr. Kelly, requiring an appearance on April 12, 2013, to give testimony and to produce for examination books, papers, records, or other data as described in said summons. The summons is attached to the petition as Exhibit A.

4. In accordance with Section 7603 of Title 26, U.S.C., on March 20, 2013, I served an attested copy of the Internal Revenue Service summons described in Paragraph (3)

above on the Mr. Kelly by leaving a copy at his last and usual place of abode, as evidenced in the certificate of service on the reverse side of the summons.

5.     On April 12, 2013, Mr. Kelly did not appear in response to the summons, nor did I receive any telephone calls or letters from Mr. Kelly requesting to reschedule the summons appearance.

6.     On May 1, 2013, Mr. Kelly, was sent a "last chance" letter providing him with an additional opportunity to comply with the summons.  An appointment was set for this purpose on May 22, 2013.

7.     On May 22, 2013, Mr. Kelly did not appear in response to the summons, nor did I receive any telephone calls or letters from Mr. Kelly, requesting to reschedule the appearance.

8.     Mr. Kelly's refusal to comply with the summons continues to the date of this declaration.

9.     With the exception of bank account statements, cancelled checks and deposit items for December 2012 and January 2013 from Commerce Bank account number XXXXX1721, the books, papers, records, or other data sought by the summons are not already in the possession of the Internal Revenue Service.

10.     All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

11.     It is necessary to obtain the testimony and to examine the books, papers, records, or other data sought by the summons in order to collect the federal tax liability of respondent Timothy L. Kelly for the calendar years ended December 31, 2008 and December 31, 2009.

12.    There is no Department of Justice referral in effect, as defined in Section 7602(d)

of Title 26, U.S.C.


I declare under penalty of perjury that the foregoing is true and correct.


Executed this _10th_ day of June, 2013.

_____
VICTOR M VIDAL, REVENUE OFFICER

**EXHIBIT B**
Internal Revenue Service Summons



# Summons

## Collection Information Statement

In the matter of  TIMOTHY L KELLY, 16149 S MAHAFFIE ST, OLATHE, KS 66062-2774
**Internal Revenue Service** *(Identify Division)*  SMALL BUSINESS/SELF EMPLOYED
**Industry/Area** *(Identify by number or name)*  SB/SE AREA 4 (24)
**Periods:**  Form 1040 for the calendar periods ending December 31, 2008 and December 31, 2009

**The Commissioner of Internal Revenue**

**To:**  TIMOTHY L KELLY
**At:**  16149 S MAHAFFIE ST,   OLATHE, KS  66062-2774

You are hereby summoned and required to appear before VICTOR M VIDAL, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest.  These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 12/01/2012  To 03/15/2013

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement.  We have attached a blank statement to guide you in producing the necessary documents and records.

---

### Do not write in this space

Business address and telephone number of IRS officer before whom you are to appear:

 6717 SHAWNEE MISSION PARKWAY,  SUITE 500,  OVERLAND PARK  KS  66202  (913) 722-7624

**Place and time for appearance: At**  6717 SHAWNEE MISSION PARKWAY,  SUITE 500,  OVERLAND PARK,  KS  66202

**IRS**

Department of the Treasury
**Internal Revenue Service**
www.irs.gov
Form 6637 (Rev.10-2010)
Catalog Number 25000Q

on the  12th  day of  April  ,  2013  at  10:00  o'clock  a  m.

Issued under authority of the Internal Revenue Code this  20th  day of  March  ,  2013

VICTOR M VIDAL                                    REVENUE OFFICER
*Signature of issuing officer*                          Title

N/A
*Signature of approving officer (if applicable)*                          Title

**Original** -- to be kept by IRS



# Certificate of
# Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|------|------|
| 3/20/13 | 11:17am |

**How**

**Summons**

**Was**

**Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☒ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person *(if any).*

16149 S. Mahaffie St. Olathe KS 66062

taped to glass panel alongside the front door

| Signature | Title |
|-----------|-------|
| *[signature]* | Revenue Officer |

---

**I certify that the copy of the summons served contained the required certification.**

| Signature | Title |
|-----------|-------|
| *[signature]* | Revenue Officer |

Catalog No. 25000Q

Form **6637** (Rev. 10-2010)